IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRY EUGENE PEACE | Criminal Action No.<br>4:14-MJ-10 |

## Government's Motion for Detention

The United States of America, by counsel, Sally Quillian Yates, United States Attorney, and Tracia M. King and Ryan K. Buchanan, Assistant United States Attorneys for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1.  **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

    A serious risk that the defendant will flee;

    A serious risk that the defendant will obstruct or attempt to obstruct justice; and

    A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so .

## 2. Reason for Detention

The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required and the safety of the community.

## 3. Rebuttable Presumption

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: February 18, 2014.

Respectfully submitted,
SALLY QUILLIAN YATES
United States Attorney

TRACIA M. KING
Assistant United States Attorney
Georgia Bar No. 421380
Tracia.King@usdoj.gov

RYAN K. BUCHANAN
Assistant United States Attorney
Georgia Bar No. 623388
Ryan.Buchanan@usdoj.gov

## Certificate of Service

I served this document today by handing a copy to defense counsel.

February 18, 2014

_____
RYAN K. BUCHANAN
Assistant United States Attorney